IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Michael, LaSerik

Printed: 2/19/08

Case Number: 06 B 13957
Judge: Hollis, Pamela S
Filed: 10/28/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: February 19, 2008
Confirmed: January 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,700.00 |  |
| Secured: |  | 12,842.34 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,000.00 |
| Trustee Fee: |  | 857.66 |
| Other Funds: |  | 0.00 |
| Totals: | 16,700.00 | 16,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | FASTruck | Secured | 24,424.87 | 12,842.34 |
| 3. | FASTruck | Unsecured | 23,744.38 | 0.00 |
| 4. | Citibank | Unsecured | 5,208.52 | 0.00 |
| 5. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 6. | Citibank | Unsecured | | No Claim Filed |
| 7. | US Cellular | Unsecured | | No Claim Filed |
| 8. | CitiFinancial | Unsecured | | No Claim Filed |
| 9. | RCN Cable | Unsecured | | No Claim Filed |
| 10. | US Cellular | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 56,377.77 | $ 15,842.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 352.94 |
| 5.4% | 504.72 |
|  | _____ |
|  | $ 857.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Michael, LaSerik | Case Number: 06 B 13957 |
| | Judge: Hollis, Pamela S |
| Printed: 2/19/08 | Filed: 10/28/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

                _/s/ Mach_____